## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT OLMO | : | CIVIL ACTION |
| | : | |
| **v.** | : | NO.  26-4719 |
| | : | |
| BLANK ROME LLP | : | |

## ORDER

**AND NOW**, this 14th day of July 2026, it is **ORDERED** the Clerk of Court shall **unseal** plaintiff's motion for *pro hac vice* (DI 9).

_____
MURPHY, J.